No. 773. Pontiac, Oxford & Northern Railroad Company et al. v. Michigan Railroad Commission et al. January 7, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Harrison Geer* for petitioners. *Mr. Alexander J. Groesbeck* for respondents.

---

No. 781. Bosch Magneto Company v. Samuel W. Rushmore. January 7, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abram I. Elkus* for petitioner. *Mr. George C. Dean* and *Mr. Irving M. Obreight* for respondent.

---

No. 531. J. H. Reeves, Trustee, etc., v. York Engineering & Supply Company. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Cecil H. Smith, Mr. J. A. L. Wolfe* and *Mr. J. D. Williamson* for petitioner. *Mr. N. C. Abbott* for respondent.

---

No. 650. David F. Mitchell v. Harry Mason et al. January 13, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Florida denied. *Mr. David F. Mitchell pro se. Mr. Alexander St. Clair-Abrams* for respondents.

---

No. 754. Joseph A. Murray v. H. E. Ray, as Trustee, etc. January 13, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Rufus C. Thayer* for petitioner. *Mr. J. H. Peterson* for respondent.